**Below is the Order of the Court.**

_/s/ Brian D. Lynch_

**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: ) | Case No. 11-49438-BDL |
| ) | ~~(AMENDED)~~ EX PARTE |
| John Homer BEGIER ) | ORDER ON MOTION TO REOPEN |
| Kathleen Rae BEGIER, ) | |
| ) | |
| Debtor(s), ) | |
| ) | |
| ) | |

THIS MATTER came on before the Court on Debtor's Ex Parte Motion to Reopen Chapter 13 Case and after notice to required parties, IT IS HEREBY ORDERED that Debtor's Chapter 13 Case is hereby reopened for filing the Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) and issuing a discharge for this case.

///END OF ORDER///

Presented by:
/s/ Tom McAvity_____
Tom McAvity, WSBA #35197
503-232-5303

**ORDER**

THOMAS MCAVITY
1312 MAIN STREET
VANCOUVER, WA 98660
Tel: 503.860.6868
Facsimile: 866.241.4176